UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| PATRICK HAWTHORNE | CIVIL ACTION NO. |
| | SECTION |
| v. | JUDGE |
| THADDEUS HOWARD, ET AL. | MAGISTRATE |

**UNSWORN DECLARATION UNDER PENALTY
OF PERJURY PURSUANT TO 28 USC § 1746**

I, **BILLY COCHRANE**, declare under penalty of perjury, that the following is true and correct to the best of my knowledge, information and belief:

1. I am a person of full age of majority and a resident of _St Bernard_ Parish, Louisiana;

2. I am a foreman for Delta Marine and Environmental Services, LLC ("Delta"). Delta is a provider of maritime cleaning services. I work at Delta's barge cleaning facility located on WPA Road in Belle Chasse, Louisiana ("Delta Facility"), which is adjacent to the Intracoastal Waterway.

3. The Delta Facility consists of an open area between the levee and Intracoastal Waterway providing a place to moor barges to the shore, where trucks and other equipment used in cleaning operations are positioned and connected to the barge.

4. Barges owned or chartered by Delta customers—which have typically been used to transport liquid products—are docked at the Facility and secured to the shore by a walkway, cables, ropes, electric lines, hoses, vapor lines, and steam lines before cleaning begins and remain until the barge has been cleaned.

5. Unless and until these barges are cleaned of the products they previously carried, the barges cannot be used for their intended purpose of transporting liquid products.

EXHIBIT C

Scanned with CamScanner

6. Once a barge is moored at the Facility, the barge remains moored until Delta finishes cleaning it and the barge can once again be used to transport liquid products.

7. As a foreman at the Delta Facility, I supervise and direct the activities of Delta employees assigned to clean barges at the Delta Facility, including tank cleaners.

8. Tank cleaners perform cleaning services on barges owned or chartered by Delta's customers from the land adjacent to the dock at the Facility, or on the barges themselves.

9. Tank cleaners live at home and arrange for their own transportation to work. Tank cleaners do not receive any wages or expenses for travel time and may use their free time as they wish.

10. Our shift at the Delta Facility typically begins at 700 hours and ends at 1700 hours, occasionally earlier, with a one-hour lunch break.

11. Tank cleaners only perform their work during the shift, while the barges are moored to the dock at the Delta Facility. Delta tank cleaners are never physically on any barge while it is underway or being moved.

12. As a foreman at the Delta Facility, I am responsible for scheduling cleaning crews for work. Tank cleaners are not required to work a fixed number of hours nor are they assigned to work on specific days of the week. Instead, tank cleaners have the option to arrive at 700 hours for a shift if they want to work on a given day.

13. Tank cleaners are not assigned to any barge or fleet of barges in particular. Rather, the cleaning crews are instructed to work on customers' barges as needed.

14. Patrick Hawthorne ("Hawthorne") was employed by Delta as a tank cleaner at the Delta Facility from March 2021 into April 2021 and was one of the employees that I supervised and directed in connection with my duties as a foreman.

15. Hawthorne was not assigned to work specific days, but he was expected to report for duty at 700 hours if he planned to work on a given day.

16. Hawthorne typically worked between five and seven days per week at the Delta Facility. On every day that Hawthorne worked for Delta, he reported for duty by 700 hours, as expected. Hawthorne usually worked the full shift, until 1700 hours, though occasionally his shift ended early. Hawthorne never arrived after the shift began.

17. During his brief employment with Delta, Hawthorne worked only as a tank cleaner on the FMT 3078. All of his work was performed from the Delta Facility dock or the FMT 3078 itself.

18. The FMT 3078 was always moored to the dock at the Delta Facility with ropes and wires while Hawthorne performed tank cleaning work on that barge, with additional cleaning equipment and apparatus on shore connected to the barge.

19. The eight photographs attached as Exhibit "A" show the Delta Facility on December 12, 2021, while barge cleaning operations are being performed. The equipment, personnel, barges, and operations ongoing in these photos are substantially similar to those that existed during Hawthorne's employment with Delta.

20. Hawthorne has never worked for Delta on the FMT 3078 while that barge was underway or being moved.

21. The FMT 3078 was docked at the Delta Facility on October 22, 2020 and was continuously moored at the Facility until cleaning was complete on April 30, 2021.

22. Once the cleaning of the FMT 3078 was complete, Hawthorne would not have performed any services aboard the barge or any services in connection with the barge.

23. Once the cleaning of the FMT 3078 was complete, the barge would have departed the Delta Facility with crew members other than Hawthorne, or any other Delta employee, performing traditional crew member duties.

24. Hawthorne last worked for Delta on April 22, 2021, from 700 hours until the end of the shift at 1700 hours. He did not report to work on April 23, 2021, and we did not expect him to report to work after the shift began at 700 hours.

25. Hawthorne did not perform, and was not expected to perform, any employment duties with Delta on April 23, 2021.

26. I am not aware of the reason Hawthorne abandoned his job as a tank cleaner for Delta, however, I understand that Hawthorne alleges he was attending training of some sort on April 23, 2021. Hawthorne was not required to complete any additional training for his tank cleaner position, nor was I aware that Hawthorne sought further training.

27. Had Hawthorne continued working as a tank cleaner for Delta after April 22, 2021, he would have been assigned to clean other customers' barges by April 30 at the latest when the FMT 3078 departed the Delta facility.

Executed this \_\_10\_\_ day of December 2021.

*Billy*
BILLY COCHRANE

## EXHIBIT "A"















